IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| ANTHONY WRIGHT, | NO. 19-230 |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of October 2021, upon consideration of Defendant's Motion to Suppress Physical Evidence (Doc. No. 40), the Government's Response in Opposition to Defendant's Motion to Suppress Physical Evidence (Doc. No. 46), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion to Suppress Physical Evidence (Doc. No. 40) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.