IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY WRIGHT,<br><br>           Defendant. | CRIMINAL ACTION<br>NO. 19-230 |

## **ORDER**

**AND NOW**, this 31st day of August 2022, upon consideration of Defendant's Motion in Limine to Exclude Fingerprint Evidence (Doc. No. 52), the Government's Response in Opposition (Doc. No. 53), Defendant's Reply (Doc. No. 54), Defendant's Motion in Limine to Exclude Testimony Regarding Latent Fingerprint Identification (Doc. No. 61), the Government's Response in Opposition (Doc. No. 62), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** as follows:

1. Defendant's Motion in Limine to Exclude Fingerprint Evidence (Doc. No. 52) is **DENIED**.

2. Defendant's Motion in Limine to Exclude Testimony Regarding Latent Fingerprint Identification (Doc. No. 61) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.